**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-1396**

———————————

THURMOND GUESS,

                                        Plaintiff - Appellant,

        versus

THE BENEDICT COLLEGE; DAVID H. SWINTON,

                                        Defendants - Appellees.

———————————

**No. 04-1571**

———————————

THURMOND GUESS,

                                        Plaintiff - Appellant,

        versus

THE BENEDICT COLLEGE; DAVID H. SWINTON,

                                        Defendants - Appellees.

———————————

Appeals from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (CA-04-553-3; CA-04-743-3)

———————————

Submitted:  August 20, 2004        Decided:  September 8, 2004

———————————

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Thurmond Guess, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thurmond Guess appeals the district court's orders dismissing his complaints without prejudice based on reports and recommendations of two magistrate judges. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Guess v. Benedict College</u>, No. CA-04-553-3 (D.S.C. Mar. 30, 2004); <u>Guess v. Benedict College</u>, No. CA-04-743-3 (D.S.C. Apr. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>